IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 98-cr-00433-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLIFFORD D. ARRINGTON,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on the Defendant's *pro se* Motion for Modification of an Imposed Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2). The basis for Defendant's motion is the recent lowering of the United States Sentencing Guidelines for possession with intent to distribute "crack" cocaine, which would lead to a different guideline recommendation than that considered by me at the time of the original sentencing. As a consequence, consideration should be given to whether Defendant's term of imprisonment should be reduced after consideration of all the factors set forth in 18 U.S.C. § 3553(a).

    Defendant, who represented himself in his trial with stand-by counsel, Neil McFarland, does not request appointment of counsel pursuant to the Criminal Justice Act (CJA). Nevertheless, I conclude that counsel should be appointed to either fully

represent the defendant or again act as stand-by counsel.  For efficiency, Mr. McFarland should be reappointed unless he is unable to serve.

Accordingly, it is ordered:

1.  Neil McFarland is appointed to represent the defendant under the CJA, or as stand-by counsel if the defendant insists on representing himself, unless Mr. McFarland notifies the court in writing within 10 days that he is unable to accept this appointment. Mr. McFarland, or the person appointed in his stead, and the Clerk shall forthwith complete all necessary CJA forms.

2.  Counsel shall review Defendant's filings and, if appropriate, supplement them on or before April 28, 2008.

3.  The government shall file a response within 14 days after counsel for Defendant has supplemented Defendant's motion but not later than May 12, 2008.

4.  A telephonic status conference in this matter is scheduled for **May 30, 2008, at 9:00 a.m.**  Counsel for the government shall initiate the call.

DATED at Denver, Colorado, on April 2, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge