IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 98-cr-00433-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLIFFORD ARRINGTON,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on the defendant's motion for sentencing relief pursuant to 18 U.S.C. § 3582(c)(2). The government has responded and it appears that the recent lowering of the United States Sentencing Guidelines for possession with intent to distribute "crack" cocaine would lead to a different Guideline recommendation than that considered by me at the time of original sentencing. Accordingly, consideration should be given to whether I should reduce the defendant's term of imprisonment after considering all factors set forth in 18 U.S.C. § 3553(a) and other appropriate matters. Accordingly, it is ordered:

    1. The United States Probation Office should prepare an addendum or supplement to the Presentence Investigation Report on or before September 2, 2008. The addendum shall include revised calculations and consideration of all § 3553(a) factors consistent with § 3582(c)(2) such as public safety considerations and post-

sentencing conduct. The addendum shall include the recommendation of the Probation Officer.

2. Counsel shall, in consultation with the probation officer, schedule a hearing for consideration of resentencing.

3. Counsel may file a sentencing statement at least 5 days prior to the scheduled resentencing hearing.

DATED at Denver, Colorado, on August 15, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge