IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 98-cr-00433-WDM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. CLIFFORD D. ARRINGTON,

        Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Clifford D. Arrington, Inmate # 28572-013 before United States District Judge Walker Miller on December 1, 2008, at 1:30 p.m. for a hearing in this matter, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this _12_ day of _November_, 2008.

                                                WALKER D. MILLER
                                              UNITED STATES DISTRICT JUDGE
                                              UNITED STATES DISTRICT COURT
                                              DISTRICT OF COLORADO