IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

_____

Date:             December 4, 2008
Courtroom Deputy: LaDonne Bush
Court Reporter:   Kara Spitler
Probation Officer: Lisa Pence

_____

Criminal Action No. 98-cr-00433-WDM

UNITED STATES OF AMERICA,                          Wayne Campbell

    Plaintiff,

v.

1.  CLIFFORD DIONE ARRINGTON,                      Neil MadFarlane

    Defendant.

_____

**RESENTENCING - COURTROOM MINUTES**
_____

3:03 p.m.     Court in session.

Defendant present and in custody.

Statements by Mr. MacFarlane, Mr. Campbell, Ms. Pence, and Defendant.

Defendant requests that the term of supervised release be reduced.

Court's statement regarding Defendant's sentencing guidelines range.

Court's findings.

**ORDERED**: Petitioner's Motion for Modification of An Imposed Term of Imprisonment (Doc. 806) is granted to the extent set forth on the record.

**ORDERED**: Sentence is reduced to 146 months.

**ORDERED:** Defendant's request to reduce supervised release is premature.

3:24 p.m.   Court in recess.

Hearing concluded.
Time: 00:21