# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| CLIFFORD DIONE ARRINGTON ) | Case No: 98-cr-00433-WDM-01 |
| a/k/a Benzo ) | USM No: 28572-013 |
| Date of Previous Judgment: September 20, 2001 ) | Neil E. MacFarlane, Appointed |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❒ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 188 months as to all counts, to run concurrently, **is reduced to** 146 months as to all counts, to run concurrently.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X  Other (explain):   Pursuant to 18 U.S.C. § 3553, the Court imposed a sentence below the amended advisory guideline range.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   September 20, 2001, shall remain in effect.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:   December 4, 2008 | s/ Walker D. Miller |
| | Judge's signature |
| Effective Date: | Walker D. Miller, Senior U.S. District Judge |
| (if different from order date) | Printed name and title |